# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

RECEIVED

JUN 0 6 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

63 Civ. 3106 Perpetual Police Judgement Injunction, (SDNY), Beneficiary's,
{Sui Juris} George Kasboske
{Sui Juris} Hannah, Kasboske
{Sui Juris} Kasboske Descendants Successors Affiliates

)
)
)
)
)
)
)
)

Plaintiff,

)
)
)

V.

)
)
)

J. P. MORGAN CHASE BANK, NA, Also DBA
J. P. MORGAN HOME FINANCE L. L. C. et. al..
Ms. LINDA B. BAMMANN
Mr. JAMES BELL
Mr. STEPHEN B. BURK
Mr. TODD A. COMBS
Mr. JAMES A. CROWN
Mr. JAMES DIMON
Mr.TIMOTHY P. FLYNN
Mr. LABEN P. JACKSON
Mr. MICHAEL A. NEAL
Mr. LEE R. RAYMOND
Mr. WILLIAM C. WELDON
Ms. MELLODY HOBSON

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Defendant's

)

**Civ. 3106 Perpetual Federal Police**

**Consent Decree / Inmjunction,**

(SDNY)

23-CV-3552
Judge Bucklo
Magistrate Judge Jantz

## EMERGENCY ORDER
## WRIT OF MANDAMUS, EXECUTION FORTHWITH FOR ENFORCEMENT OF THE PERPETUAL CIV. 3106 FEDERAL POICE JUDGEMENT / INJUNCTION
### Beneficiary (Sui Juris) George Kasboske

(1) Come {Sui Juris} Kasboske's (George And Hannah), seeking justice, relief and reform from the intentional and total failure of the CHANCERY, APPELLATE AND FEDERAL COURTS to uphold the Plaintiff, United States of America, having filed its complaint herein October 22, 1963, and the plaintiff and the defendants, by their respective attorneys, having consented to the entry of this Final Judgment without admission by any party with respect to any issue herein. The plaintiff the UNITED STATES and the defendants assigns and successors are continually injuring George and Hannah Kasboske, the parties in the perpetual constitutional injunction. The Plaintiff', the United States of America's beneficiaries, com plainants, petitioners are Independent and are being continually injured by the UNITED STATES

CORPORATION and its member companies. {Sui Juris} Kasboske are non-union and not subject to the jurisdiction of the UNITED STATES DEPARTMENT OF JUSTICE WASHINGTON, D.C. Re: UNITED STATES V. ASSOCIATION OF CASUALTY and SURETY COMPANIES et al. (Civ. No. 63 Civ. 3106). A statuet of Congress for redress of issues. I am not subject to any corporation law, NO CONTROL.

## (I)

PIERCE & ASSOCIATES, represented JP MORGAN CHASE BANK, NA, DBA JP MORGAN HOME FINANCE LLC, et al. later to become McCALLA RAYMER PIERCE LIEBERT et al., At: 1 N. (hereinafter CHASE BANK or THE BANK), PIERCE & ASSOCIATES, McCalla; used a forged and redacted home equity contract without the required and known document as the (NOTE) to obtain an illegal Mortgage Foreclosure Summons from the COOK COUNTY CLERKS OFFICE, it was not signed dated or witnesses, therefore it was illegal. Violation Of Statutes - Under Illinois Law- 720 ILCS 5/17-3 & 8 U. S. Code §1324c Penalities for cocument fraud.

## (II)

The following Judicial Agencies; The Illinois COOK COUNTY CLERK'S OFFICE, CHANCERY COURT, APPELLATE COURT, FEDERAL COURTS, (ARDC) and COOK COUNTY'S SHERIFF'S POLICE, have violated 42 U.S.C. § 1983 violated 63 Civ. 3106 committing felonies and criminal acts by not allowing Kasboske to use his exculpatory evidence in the {Sui Juris} Kasboske's defense, that would have stopped the criminal acts of the aforementioned from the continuing federal violations against the Kasboske's and the Civ. 3106 Perpetual Police Judgment / Consent Decree, Violation Of Statutes - 42 U.S.C. § 1983 vio.

## (III)

The failure of the ILLINOIS CHANCERY, APPELLATE AND FEDERAL COURTS to acknowledge {Sui Juris} Kasboske's Civil and Constitutional Rights to defend thimself, his Wife Hannah and his businesses, violated both the ILLINOIS AND U. S. CONSTITUTION's and the Civ. 3106 Perpetual Police Judgment / Consent Decree. Violation Of Statutes - 18 U. S. C. §242.

## (IV)

There was nothing put into the Federal Stipulation Section of the Civ. 3106 Perpetual Police Consent Decree / Inmjunction, that allows the illegal claims and seizures of the {Sui Juris} Kasboske's Intellectual Patents and Copyrights by PIERCE & ASSOCIATES FOR CHASE BANK et. al., and then to place them on the (WWW), World Wide Web and on CHASE BANK's et. al.'s, personal web site. This was grand theft of {Sui Juris} Kasboske's Intellectual Patent Property. Violation Of Statutes - 18 U. S. C. §§1831, 1832.

## (V)

The criminal action of CHASE BANK placing Kasboske's patents and Copyrights on THE BANK's personal web site, completely destroyed any possibility for {Sui Juris} Kasboske to make a living by, license his intellectual property to the corporations that he and his partners were forming corporate financial relationships with, some of the corporations were in the process of engaging into contractual commerce with us were, Sealed Air Corporation, John's Manville, Coca Cola and General Motors, just to mention some. Violation Of Statutes - § 1127.

## (VI)

If it please the court; The {Sui Juris} Kasboske's respectfully move the FEDERAL COURT to uphold and enforce the Federal Order of the 63 Civ. 3106 Perpetual Police Judgment / Consent Decree. This perpetual judgment to be enforced in its entirety without exceptions. The lower and upper courts had no judicial authority to side step or over rule this Perpetual Judgement, or it's judicial authority and boundaries set by CONGRESS, whereas all GOVERNMENT EMPLOYEES are governed by federal laws and union rules, of which {Sui Juris} Kasboske is exempt. To violate this federal judgment, Is to put one's self and govermental office In Contempt Of THE CONGRESS OF THE UNITED STATES, and in Contempt of the (DOJ), DEPARTMENT OF JUSTICE, because, the (DOJ) supplied all the legal entities that helped assemble the consent decree. For the judges to deny {Sui Juris} Kasboske the right to enter evidence in the {Sui Juris} Kasboske's defense, violated their Fiduciary Oath's Of Office. Violation Of Statutes - 728. Criminal Contempt JM.

## (VII)

Given the legal fact that {Sui Juris} Kasboske is and has been a Non-Union Appraiser for some 60 years, and a direct beneficiary by way of the fact that he is Director and Secretary of the (I.G.O.A .and the (I.G.O.I.), (Independent Garage Owners of America, Independent Garage Owners of Illinois) he is automatically a beneficiary under the FEDERAL judgment and as such {Sui Juris} Kasboske appraised his Financial, Material, Credit Losses, Credibility Losses, Property Losses, his Standing In The Engineering And Commercial Business Community, his Health Losses, at $17,102,000,000.00. {Sui Juris} Kasboske's appraisal of his patented insulation is far less than if Price Waterhouse had evaluated it. Violation Of Statutes - 35 U. S. Code § 271, 14 CFR§ 1275.101.

## (VIII)

{Sui Juris} George Kasboske's Insulation Patent (U-896-921 B2S) alone, in the world wide theater will exceed and surpass ({Sui Juris} Kasboske's appraisal becaus, it is in direct line with PRESIDENT OBAMA's Executive orders, 5-15-2009, 7-19-2010, 5-28-2015, to clean up the rivers, lakes and the oceans around the UNITED STATES coast lines, to retrieve plastic bottles and plastic debris. Kasboske's patent takes the usable plastics that can no longer be used in the food industry and turns them into insulation at about a tenth of the cost of fiberglass insulation or other competitive insulation's. More over, {Sui Juris} Kasboske's insulation has a higher (R) factor than all other conventional insulation's, and it is recyclable, all others are not. Violation Of Statutes - section 1832 of the UNITED STATES Code, 18 U. S. C.

## (IX)

The {Sui Juris} Kasboske's move the COURT to order, JP MORGAN CHASE BANK, NA, DBA JP MORGAN HOME FINANCE LLC, et al. and its DIRECTORS, be ordered to make a restitution payment of $17,102,000,000 to redress these legal grievances & damages under the Federal Consent Decree and to make the {Sui Juris} Kasboske's and their companies whole again. By Federal Judgment law, JAMIE DIMON or his second in command were required to respond to {Sui Juris} Kasboske's billing invoice, but never responded to the 10-22-21 billing invoice that {Sui Juris} Kasboske presented. THE BANK's response came through an intermediary which was not allowed by the Federal Judgment and

therefore moot and illegal. Thus under FEDERAL & STATE LAW, THE BANK never responded to {Sui Juris} Kasboske's billing invoice by the legal orders of the consent decree, CHASE BANK and its legal representatives legally accepted liable for the damages.

### (X)

{Sui Juris} Kasboske is not subject to the jurisdiction of the UNITED STATES, nor the UNITED STATES' Police Powers as {Sui Juris}. See Art. 1, Illinois Constitution Bill of Rights, Section 1. INHERENT AND INALIENABLE RIGHTS.

"The Code of Conduct for UNITED STATES JUDGES includes the ethical canons that apply to federal judges and provides guidance on their performance of official duties and engagement in a variety of outside activities. (5) A judge with supervisory authority over other judges should take reason- able measures toensure that they perform their duties timely and effectively".

### (XI)

The {Sui Juris} Kasboske's (Movant) Move The FEDERAL COURT UNDER THE UNITED STATES Constitution (Art. IV, Art. VI), The Supremacy Clause, The Illinois Constitution And The 63 Civ. 3106 Perpetual Federal Police Judgment, To Order CHASE BANK et al., To Respond Witwihin (5), Five Business Days From The Time That They Receive This Order, Or That They Will Be Ordered To Pay Treble Damages Uunder The Sherman Act Of 1890, And Also Pay An Additional 35% Interest From The Time Of The Original Billing To The Month And Day Of The Following Year, Under Illinois Law...

### (XII)

to suffer forthwith the full rule and weight of the law and be made to pay the maximum fines of the 1890 Sherman Act. 15 U.S. Code § 1 - Trusts, etc., for restraint of trade and commerce; Criminal prosecution of Sherman Act violations is the responsibility of the Antitrust Division of the United States Department of Justice. Violation of the Sherman Act is a felony punishable, for corporations, a fine of up to $100 million, and for individuals, a fine of up to $1 million or 10 years' imprisonment (or both).

Based On The Legal recorded Fact that the 63 Civ. 3106 Perpetual Federal Consent Decree / Federal Judgement / Injunction was approved by all 50 U. S. States, This Writ Of Mandamus Is To Be Delivered By Federal Marshal At No Cost Under The Ruling Of The C.v. 3106 Injunction. All Aforementioned Are Rule Of Law And Are Taken From Black Letter Law.

## The Laws And Evidence Stand On Their Own And Speak For Itself...

{Sui Juris}

_____

{Sui Juris} George Kasboske
5821 S Nottingham
Chicago, IL 60638
708-600-3726
georgekasboske4710@gmail.com

Judge No.:_____

Judge Name: _____

Judge Initials:_____

Court Order No.:_____

Notary Name:_____

Notary No.:_____

Date: _____

FEDERAL MARSHAL'S BADGE

No.:_____

FEDERAL MARSHAL'S Name:_____

Initials: _____

Court Order No.: _____

Date: _____

Notary Stamp

Attachments:

Reference (CD) For Evidence And Proof Of Criminal Acts.

All And All Additional Required Certified Copies, And Or Documents Requiring, Signatures And Notarized, Shall Be Produced And Provided, And Brought Forth On Request By Any {Sue Juris) Beneficiary Or Their Descendant's Or Assignee's Of The The, 63 Civ. 3106 Perpetual Police Judgement Injunction / Consent Decree, And Done So At No Charge Or Cost As Specified Under The 63 Civ. 3106 The Perpetual Federal Injunction.

# UNITED STATES DISRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



63 Civ. 3106 Perpetual Police Judgement )
Injunction, (SDNY), Beneficiary's, )
{Sui Juris} George Kasboske )
{Sui Juris} Hannah Kasboske )
 {Sui Juris} Kasboske Descendants Successors )
Affiliates )
)
)
Plaintiff, )
)
V. )
)
)
)
McCALLA RAYMER PIERCE LIEBERT et al., )
At: 1 N. Dearborn1 N Dearborn St Ste. 13, )
Chicago, IL 60602 )
Formally (DBA) PIERCE & ASSOCIATES )
)
Defendant )
)

**Civ. 3106 Perpetual Federal Police**

**Consent Decree / Inmjunction,**

**(SDNY)**

## EMERGENCY ORDER
### WRIT OF MANDAMUS, EXECUTION FORTHWITH FOR ENFORCEMENT OF THE
### PERPETUAL CIV. 3106 FEDERAL POICE JUDGEMENT / INJUNCTION
### Beneficiary (Sui Juris) George Kasboske

(1) Come the {Sui Juris} Kasboske's (George And Hannah), seeking justice, relief and reform from the in-

(2) tentional and total failure of the CHANCERY, APPELLATE and FEDERAL COURTS to uphold the

(3) Plaintiff, United States of America, having filed its complaint herein October 22, 1963, and the plaintiff

(4) and the defendants, by their respective attorneys, having consented to the entry of this Final Judgment

(5) without admission by any party with respect to any issue herein. The plaintiff the UNITED STATES and

(6) the defendants assigns and successors are continually injuring tion is a FEDERAL law that allows citi-

(7) zens to sue in certain situa {Sui Juris} George and Hannah Kasboske, the parties in the perpetual consti-

(8) tutional injunction. The Plaintiff', the United States of America's beneficiaries, complainants, petitioners

(8) are Independent and are being continually injured by the UNITED STATES CORPORATION and its

(9) member companies. The {Sui Juris} Kasboske's are non-union and not subject to the jurisdiction of the

(10) UNITED STATES DEPARTMENT OF JUSTICE WASHINGTON, D.C. Re: UNITED STATES V. AS-

(11) SOCIATION OF CASUALTY and SURETY COMPANIES. et al. (Civ. No. 63 Civ. 3106). A statuete of

Congress for redress of issues. I am not subject to any corporation law (NO CONTROL).

### (I)

PIERCE & ASSOCIATES, represented JP MORGAN CHASE BANK, NA, DBA JP MORGAN HOME FINANCE LLC, et al. later to become McCALLA RAYMER PIERCE LIEBERT et al., At: 1 N. (hereinafter CHASE BANK or the BANK), and PIERCE & ASSOCIATES; used a forged and redacted home equity contract without the required and known document as the (NOTE) to obtain an illegal Mortgage Foreclosure Summons from the COOK COUNTY CLERKS OFFICE, it was not signed dated or witnesses, therefore it was illegal. Violation Of Statutes - 720 ILCS 5/17, 923, 18 U. S. C. § 371, 18 U. S. C. §471.

### (II)

The following Judicial Agencies; The ILLINOIS COOK COUNTY CLERK'S OFFICE, CHANCERY COURT, APPELLATE COURT, FEDERAL COURTS, (ARDC) and COOK COUNTY'S SHERIFF'S POLICE, have Violated Statute 42 U.S.C. § 1983 Statute 63 Civ. 3106 committing felonies and criminal acts by not allowing {Sui Juris} Kasboske to use his exculpatory evidence in the {Sui Juris} Kasboske's defense, that would have stopped the criminal acts of the aforementioned from the continuing federal violations against the {Sui Juris} Kasboske's and the Civ. 3106 Perpetual Police Judgment / Consent Decree, Violation Of Statutes - 42 U.S.C. § 1983 vio. 25 CFR § 11.448, Abuse of office.

### (III)

The failure of the ILLINOIS CHANCERY, APPELLATE and FEDERAL COURT's to acknowledge {Sui Juris} Kasboske's Civil and Constitutional Rights to defend himself, his Wife {Sui Juris} Hannah and his businesses, violates both the Illinois and U. S. Constitution's, and the Civ. 3106 Perpetual Police Judgement / Consent Decree. Violation Of Statutes - 18 U. S. C. § 242.

### (IV)

There is noting put into the Stipulation Section of the Civ. 3106 Perpetual Police Judgement / Consent

Decree, that allows the illegal claims and seizures of the {Sui Juris} Kasboske's Intellectual Patents and Copyrights by PIERCE & ASSOCIATES for CHASE BANK and then to place them on the WWW, (World Wide Web) and CHASE BANK's personal web sight. This was grand theft of Kasboske's Intellectual Patent Property. Violation Of Statutes - 18 U. S. Code § 1344.

## (V)

CHASE BANK placing {Sui Juris} Kasboske's patents and Copyrights on the BANK's personal website, completely destroyed any possibility for {Sui Juris} George Kasboske to make a living by license his intellectual property to the corporations that he and his partners were forming corporate financial relationships with, some of the corporations were in process of engaging into contractual commerce with were, Sealed Air Corporation, John's Manville, Coca Cola and General Motors, just to mention some. Violation Of Statutes - 35 U. S. Code §271 Infringement of patent Code US Law  L   .

## (VI)

The Kasboske's respectfully move the FEDERAL COURT to uphold and enforce the INJUNCTION FEDERAL ORDER of the 63 Civ. 3106 Perpetual Police Judgment / Consent Decree. This perpetual judgment to be enforced in its entirety without exceptions. The lower and upper courts had no judicial authority to side step or over rule this Perpetual Judgement, or it's judicial authority and boundaries set by CONGRESS, whereas all government employees are governed by federal laws and union rules, of which {Sui Juris} George Kasboske is exempt. To violate this federal judgment, Is to put one's self and GOVERNMENTAL OFFICE In Contempt Of The CONGRESS OF THE UNITED STATES, and in Contempt of the (DOJ), DEPARTMENT OF JUSTICE, because, the (DOJ) supplied all the legal entities that helped assemble the consent decree. For the judges to deny {Sui Juris} Kasboske the right to enter evidence in his defense, violated their Fiduciary Oath's Of Office. RULE 65, 728 Criminal Contempt. Violation Of oath by public officer. Violation Of Statutes - O.C.G.A. 16-10-1 (2010) 16-10-1.

## (VII)

Given the legal fact that {Sui Juris} Kasboske is and has been a Non-Union Appraiser for some 60 years, and a direct beneficiary by way of the fact that he is Director and Secretary of the (I.G.O.A) and

the (I.G.O.I.), (Independent Garage Owners of America, Independent Garage Owners of Illinois) he is automatically a beneficiary under the federal judgment and as such is {Sui Juris} Kasboske appraised his Credit Loss, Credibility Loss, his Property Losses, his Standing In The Engineering And Commercial Business Comunity, his Health Losses, at $17,102,000,000.00. {Sui Juris} Kasboske's appraisal of his patented insulation is far less than if Price Waterhouse would have evaluated it at. Given the fact that McCALLA RAYMER PIERCE LIEBERT et al., do not have the same financial position that J. P. MORGAN CHASE BANK possesses, the {Sui Juris} Kasboske's believe that their financial responsibility still holds true, and that they still retain the responsibility of a payment to the {Sui Juris} Kasboske's of $1,102,000,000.00 for the damages they caused to the {Sui Juris} Kasboske's. {Sui Juris} George Kasboske's Insulation Patent (U-896-921 B2S) will exceed {Sui Juris} Kasboske's appraisal, it is in direct line of PRESIDENT OBAMA's Executive orders, 5-15-2009, 7-19-2010, 5-28-2015, to clean up the rivers, lakes and the oceans around the UNITED STATES coast lines, and to retrieve plastic bottles and plastic debris. {Sui Juris} Kasboske's patent takes the usable plastics that can no longer be used in the food industry and turns them into insolation at about a tenth of the cost of fiberglass insulation. More over, {Sui Juris} Kasboske's insulation has a higher (R) factor than all other conventional insulations, and it is recyclable, all others are not. Federal Laws against the theft of trade secrets. Violation Of Statutes - 18 U. S. C. §1832.

## (VIII)

The {Sui Juris} Kasboske's respectfully request that the law firm and attorney's of McCALLA RAYMER PIERCE LIEBERT et al., be ordered to make restitution and payment of $1,102,000,000.00 to redress these grievances & damages under the Federal Consent Decree (Injunction), and to make the {Sui Juris} Kasboske's and their companies whole again. By law, THE BANK itself was required to respond to {Sui Juris} George Kasboske's billing but, never responded to the 10-22-21 billing invoice that {Sui Juris} George Kasboske presented. THE BANK's response came through an intermediary, which was not allowed by the Federal Judgement (Injunction) and therefore was moot and illegal. Thus, THE BANK's never responded by FEDERAL LAW to {Sui Juris} Kasboske's billing invoice under the legal terms of consent decree, making CHASE BANK liable for the damages and charges. {Sui Juris} Kasboske is not subject to the jurisdiction of the UNITED STATES, nor the UNITED STATES' Police Powers. See Art. 1, ILLINOIS CONSTITUTION BILL OF RIGHTS, SECTION 1. INHERENT AND INALIENABLE RIGHTS. Violation Of Statute - (42 U.S.C. Section 1983), Someone who has suffered a

violation of their civil rights at the hands of a state or local government official can bring a Section 1983 claim. Sections for violations of rights conferred by the U.S. Constitution or FEDERAL LAWS situations for violations of rights conferred by the U.S. Constitution or FEDERAL LAWS.

## (IX)

The Code of Conduct for UNITED STATES JUDGES includes the ethical canons that apply to FEDERAL JUDGES and provides guidance on their performance of official duties and engagement in a variety of outside activities. (5) A judge with supervisory authority over other judges should take reasonable measures to ensure that they perform their duties timely and effectively. Violation Of Statute - U. S. Code of Conduct 22 U.S. § 3622.

## (X)

The {Sui Juris} Kasboske's (Movant) Move The FEDERAL COURT UNDER THE UNITED STATES CONSTITUTION (Art. IV And Art. VI), and under The Supremacy Clause, The ILLINOIS CONSTITUTION And The 63 Civ. 3106 Perpetual Federal Police Judgment, McCALLA RAYMER PIERCE LIEBERT et al., To Respond To: {Sui Juris} George Kasboske Within (5), Five Business Days From The Time That McCALLA RAYMER PIERCE LIEBERT et al., Receives The FEDERAL COURT Order, And That They Be Ordered To Pay An Additional 35% Interest From The Time Of The Original Billing, Under Illinois Law, And Treble Damages AS SPECIFIED BY THE SHERMAN ACT OF 1890...

Based On The Legal recorded Fact that the 63 Civ. 3106 Perpetual Federal Consent Decree / Federal Judgement / Injunction was approved by all 50 U. S. States, This Writ Of Mandamus Is To Be Delivered By Federal Marshal At No Cost Under The Ruling Of The C.v. 3106 Injunction.

All Aforementioned Are Rule Of Law And Are Taken From Black Letter Law.

## (XI)

**The Laws And Evidence Stand On Their Own And Speak For Itself...**

{Sui Juris}

_____

{Sui Juris} George Kasboske
5821 S Nottingham
Chicago, IL 60638
708-600-3726
georgekasboske4710@gmail.com

Judge No.: _____

Judge Name: _____

Judge Initials: _____

Court Order No.: _____

Notary Name: _____

Notary No.: _____

Date: _____

Notary Stamp

FEDERAL MARSHAL'S BADGE

No.: _____

FEDERAL MARSHAL'S Name: _____

Initials: _____

Court Order No.: _____

Date: _____

Attachments:

Reference (CD) For Evidence And Proof Of Criminal Acts.

All And All Additional Required Certified Copies, And Or Documents Requiring, Signatures And Notarized, Shall Be Produced And Provided. And Brought Forth On Request By Any {Sue Juris) Beneficiary Or Their Descendant's Or Assignee's Of The The, 63 Civ. 3106 Perpetual Police Judgement Injunction / Consent Decree. And Done So At No Charge Or Cost As Specified Under The 63 Civ. 3106 The Perpetual Federal Injunction.

# UNITED STATES DISRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

63 Civ. 3106 Perpetual Police Judgement )
Injunction, (SDNY), Beneficiary's, )
{Sui Juris} George Kasboske )
{Sui Juris} Hannah, Kasboske )
{Sui Juris} James Kasboske )
{Sui Juris} Sonsy Auto Body, Beneficiary's, )
{Sui Juris} Chicago Auto Body, Beneficiary's, )
{Sui Juris} Huron Auto Body, Beneficiary's, )
{Sui Juris} Stealth Light Corp., Beneficiary's, )
{Sui Juris} K-Tech R & D Corporation, )
Beneficiary's, )
{Sui Juris} Kasboske Descendants, Successors )
Assignees & Affiliates. )
)
)
Plaintiff's, )
)
V. )
)
)
U. S DEPARTMENT OF TREASURY et al.. )
(IRS) INTERNAL REVENUE SERVICE et al., )
)
Defendant's )

**Civ. 3106 Perpetual Federal Police**

**Consent Decree / Inmjunction,**

**(SDNY)**

### EMERGENCY ORDER
### WRIT OF MANDAMUS, EXECUTION FORTHWITH FOR ENFORCEMENT OF THE
### PERPETUAL CIV. 3106 FEDERAL POICE JUDGMENT / INJUNCTION

### (I)

Come {Sui Juris} George Kasboske & Hannah Kasboske, James Kasboske Beneficiary's of the 63 Civ.

3106 Perpetual Police Judgement Injunction (Consent Decree), {Sui Juris}, as representatives of the

aforementioned plaintiffs, that have been and still are being injured by the UNITED STATES and it's

UNION AGENCIES such as the (IRS), INTERNAL REVENUE SERVICE.

### (II)

The (NTEU) NATIONAL TREASURY EMPLOYEES UNION, became the (IRS) back in 1938 and be-

came a Corporation under the jurisdiction of the UNITED STATES that is controlled by the Congress of

The United States of America. All of Congress meaning all (THE FIFTY STATES) agreed to the "NO CONTROL" PROVISION Meaning, No Fees, No Levies, No Fines No Intersest as statedin the 63 Civ. 3106 Perpetual Police Consent Decree / Injunction, There is nothing in the 63 Civ. 3106 Perpetual Jud gement in the stipulation section that allows the (IRS) to, breach or side step the NO CONTROL PRO- VISION). To do so the (IRS) puts itself, in Contempt of The Congress of the United States of America, if it wasn't spelled out in the Stipulation Section of the Injunction, it (Doesn't Existent)...

## (111)

There is nothing spelled out in the stipulation section of the Civ. 3106 Perpetual Police Consent Decree (Injunction), that allows the UNITED STATES GOVERNMENT, a UNION ONTO ITSELF, to give the EMPLOYEES of the (IRS) the right to levy any fees or to levy any taxes, or give the (IRS) the power to seize any property under this Civ. 3106 Federal Consent Decree. The (IRS) are barred by Constitutional Law from using this illegal seizure action against {Material Appraisers}, by and under the the (Perpetual Injunction), tied directly to the Constitution of The United States of America by way of the 1890 Sher- man Act. 15 U.S.C. §§ 1-38, and was amended by the Clayton Act in 1914.

## (IV)

The (IRS) must be held accountable forthwith all illegal actions, and made accountable for all illegally collected Monies and charges under this 63 Civ. 3106 Perpetual Judgement, The Congress of the United States of America has the legal power to hold the (IRS) fully responsible for it's illegal criminal actions, if it violates or refuses to enforce this Federal Injunction passed by all 50 UNITED STATES. Violation of Statute - H. Rept. 105-728 - CONTEMPT OF CONGRESS 105th Congress (1997-1998.

## (V)

If it please the court; {Sui Juris}, George Kasboske Beneficiary's of the 63 Civ. 3106 Perpetual Police Judgement Injunction (Consent Decree), respectfully move the FEDERAL COURT to uphold and en- force the Federal Order of the 63 Civ. 3106 Perpetual Police Judgment / Consent Decree. This Perpetual Judgment to be enforced in its entirety without delays or exceptions. The LOWER and upper COURTS did not have the JUDICIAL authority to side step or over rule this Perpetual Judgement, or it's

Judicial Powers, Authority and law enforcement, No Boundaries were set forth by The Congress of the United States or it's JUDICIAL AUTHORITY, and NO CONTROL set by The Congress of the United States of America means NO CONTROL.

## (VI)

All UNITED STATES GOVERNMENT EMPLOYEES are governed by FEDERAL LAWS and UNION RULES, {Sui Juris}, George Kasboske's Beneficiaries, Descendants Successors, Assignees & Affiliates. are exempt from any UNITED STATES GOVERNMENTAL OFFICE or it's EMPLOYEES. To violate this FEDERAL JUDGMENT, Is to put one's self and GOVERNMENTAL OFFICE In Contempt Of THE CONGRESS OF THE UNITED STATES, and in Contempt of the (DOJ), DEPARTMENT OF JUSTICE, where as, the (DOJ) provided all the legal entities that helped assemble the Federal Consent Decree. For THE JUDGE's to deny the {Sui Juris} Kasboske the right to enter evidence in his defense, violated their Fiduciary Oath's Of Office For THE JUDGES, violated their FIDUCIARY OATH'S OF OFFICE, Violation of Statutes- 7311 which explicitly makes it a federal criminal offense (and a Violation Of Oath Of Office) for anyone employed in the United States Government (including members of Congress) to "advocate the overthrow of our Constitutional form of Government". Violation of Statutes - 5 U.S. Code § 3331 - Oath of office, Federal Rules of Civil Procedure (FRCP) Rule 70, 5 U.S. Code § 3331 - Oath of office.

## (VII)

The (NTEU) NATIONAL TREASURY EMPLOYEES UNION became the (IRS) back in 1938 and became a Corporation under the jurisdiction of the UNITED STATES that is controlled by the Congress of the United States of America. All of Congress meaning all (THE FIFTY STATES) agreed to "NO CONTROL" PROVISION in the 63 Civ. 3106 Perpetual Police Judgement Injunction, There is nothing in the Final Judgement (Injunction) or in the stipulation section where it allows the (IRS), to bypass the (NO CONTROL PROVISION) to collect Taxes To do so, the (IRS) is, in Contempt of The Congress of the United States of America...

## (VIII)

Come The {Sui Juris} Beneficiary's of the 63 Civ. 3106 Perpetual Police Judgement, (Consent Decree),

(Injunction), {Sui Juris} George Kasboske and his wife Hannah that have been and still are being injured by the UNITED STATES and its UNION AGENCIES like the (IRS). {Sui Juris} George Kasboske being a Beneficiary of the 63 Civ. 3106 Perpetual Police Judgement / Injunction, (Consent Decree), because he is (Non-UNION) and IS NOT SUBJECT TO THE JURISDICTION OF THE UNITED STATES or OF ANY OF IT's UNION EMPLOYEES.

## (IX)

NO CONTROL, MEANS, (NO CONTROL)! The 63 Civ. 3106 Perpetual Police Judgement Injunction Forbids the use of any and all of the POLICING POWERS in and of the UNITED STATES, to impose any restrictions against a Non Union Appraiser. To do so, removes the protection of the UNION CORPORATE VEIL that they are protected under. This allows a non union {Sui Juris} Beneficiary Appraiser, of the 63 Civ. 3106 Perpetual Police Judgement (Injunction), to pierce their UNION CORPORATE VEIL. Violation of Statute - 805 ILCS 180/1-50 (b)(3). A piercing the veil claim can be brought where the defendant uses multiple entities to improperly shield himself from liability

## (X)

We the {Sui Juris} Beneficial Appraiser's of the 63 Civ. 3106 Perpetual Police Judgement (Injunction), further move that the FEDERAL COURT order the (IRS), Internal Revenue Service, to refund all Taxes, Fees, Charges, Levies and Fines that were charged to the aforementioned (Beneficiary Parties), going back to the starting of the Final Judgement of the 63 Civ. 3106 Perpetual Police Judgement / (Injunction). And to total up and refund all accumulated interests from the point where all of the 50 States of CONGRESS of the UNITED STATES imposed the Final Judgement and made it became Law.

## (XI)

Under the provisions of the 63 Civ. 3106 Perpetual Police Judgement / Injunction, the beneficiary's, {Sui Juris} George Kasboske {Sui Juris} Sonsy Auto Body, {Sui Juris} Chicago Auto Body Huron, {Sui Juris} Stealth Light Corporation, {Sui Juris} K-Tech R & D Corporation, move the Federal Court to uphold the 63 Civ. 3106 Perpetual Police Judgement (Injunction), A statute set forth by the of Congress for

(79) redress of issues. of issues created by all the aforementioned.

(80) This Emergency Order, Writ Of Mandamus, Execution Forthwith For Enforcement Of The Perpetual (81) Civ. 3106 Federal Police  Judgment / Injunction to be carried out with in (30) Thirty Days from receipt (82) of this order. Based On the 63 Civ. 3106 Perpetual Federal Consent Decree / Federal  Judgement / In- (83) junction that was approved and became Federal Law in all 50 U. S. STATES, This Writ Of Mandamus Is (84) To Be Delivered By a Federal Marshal At No Cost, Fees or Charges Under The Ruling Of The C.v. 3106 (85) Perpetual Injunction.

(86) All Aforementioned Are Rule Of Law And Are Taken From Black Letter Law.

### The Laws And Evidence Stand On Their Own And Speak For Itself...

{Sui Juris}

_____

{Sui Juris} George Kasboske
5821 S Nottingham
Chicago, IL 60638
708-600-3726
georgekasboske4710@gmail.com

Judge No.:_____

Judge Name: _____

Judge Initials: _____

Court Order No.:_____

Notary Name:_____

Notary No.:_____

Date:_____

FEDERAL MARSHAL'S BADGE

No.:_____

FEDERAL MARSHAL'S Name: _____

Initials: _____

Court Order No.: _____

Date: _____

Notary Stamp

Attachments:

Reference (CD) For Evidence

And Proof Of Criminal Acts.

All And All Additional Required Certified Copies. And Or Documents Requiring. Signatures And Notarized, Shall Be Produced And Provided. And Brought Forth On Request By Any {Sue Juris) Beneficiary Or Their Descendant's Or Assignee's Of The The, 63 Civ. 3106 Perpetual Police Judgement Injunction / Consent Decree. And Done So At No Charge Or Cost As Specified Under The 63 Civ. 3106 The Perpetual Federal Injunction..

# 120 DAY NOTICE OF TERMINATION

**YOU ARE HEREBY NOTIFIED** that tenancy or month-to-month lease of the premises situated in Chicago, County of Cook, State of Illinois and known as and described as follows to wit: <u>5821 S Nottingham Ave, Chicago, IL 60638</u> together with all buildings, storage areas, parking spaces, garages and recreational spaces used in conjunction with said premises, will be terminated as follows:

The undersigned elects to terminate your tenancy of said premises. Such termination will become effective on the July 09, 2023 and you are hereby notified to quit, surrender, and deliver up possession at that time.

Prior to the day of Move-out, both parties shall walk through the aforementioned premises to perform the move-out inspection. Provided that the property is free of damage and in broom-clean condition, Tenants shall be provided with a full deposit.

TO:    **George and Hannah Kasboske**
      **And Unknown Tenants**
      **5821 S Nottingham Ave**
      **Chicago, IL 60638**

                                      **Thomas M. Jachim**

                                                 _____
                                                       Owner

                                      **Dated this 11th day of March, 2023**

---

STATE OF ILLINOIS   }
                      }ss.                **AFFIDAVIT OF SERVICE**
COUNTY OF COOK     }

Served by \_\_\_\_*Thomas M. Jachim*\_\_\_\_ being duly sworn, on oath deposes and state that on the 11th day of March 2023 he served the above notice on the tenant named above, as follows:

☒     (1) by delivering a copy thereof to the named tenant, *George Kasboske*
☐     (2) by delivering a copy thereof to _____, a person
             above the age of thirteen (13) years of age, residing on or in charge of the above
             described premises.
☐     (3) by sending a copy thereof to said tenant by certified mail, return receipt requested,
             postage prepaid, at the address for the tenant at the beginning of the tenant's
             occupancy/lease or at such other address as tenant may subsequently have designated
             by written notice.

**Under penalty of perjury as provided by law pursuant to 735 ILCS 5/1-109, IL. COMPILED STATUTES, I certify that the statements set forth in this instrument are true and correct, and the undersigned verily believes same to be true.**

                                                          _____
                                                          AFFIANT

Subscribed and sworn to before me this \_\_*11*\_\_ day of \_\_*MARCH*\_\_ 2023.

_____
Notary Public                         (seal)

> OFFICIAL SEAL
> CARLOS P APARICIO
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:09/02/24

UNITED STATES OF AMERICA,

Plaintiff,

v.

ASSOCIATION OF CASUALTY AND SURETY
COMPANIES, AMERICAN MUTUAL INSURANCE
ALLIANCE and the NATIONAL ASSOCIATION
OF MUTUAL CASUALTY COMPANIES,

Defendants.

CIVIL ACTION NO. 63 Civ. 3106

ENTERED:

DISTRICT COURT
FILED
NOV 27 1963
S. D. OF N.Y.

### FINAL JUDGMENT

Plaintiff, United States of America, having filed its complaint herein on ___October 23___, 1963, and the plaintiff and the defendants, by their respective attorneys, having consented to the entry of this Final Judgment without admission by any party with respect to any issue herein:

NOW, THEREFORE, before the taking of any testimony herein, without trial or adjudication of any issue, and upon such consent, as aforesaid, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

I

This Court has jurisdiction of the subject matter hereof and the parties hereto and the complaint states a claim upon which relief can be granted under Sections 1 and 3 of the Act of Congress of July 2, 1890, commonly known as the Sherman Act, as amended.

II

The provisions of this Final Judgment shall be binding upon each defendant and upon its officers, directors, agents, servants, employees, committees, successors and assigns, and upon all other persons in active

concert or participation with any defendant who shall have received actual notice of this Final Judgment by personal service or otherwise.

### III

(A) Each defendant is ordered and directed within ninety (90) days from the entry of this Final Judgment to terminate, cancel and abandon the Independent Appraisal Plan, sometimes known as the Automotive Damage Appraisal Plan, which the defendants have established and are now administering, and each defendant is enjoined from reviving, renewing or again placing into effect that plan.

(B) Defendants are ordered and directed within ninety (90) days from the entry of this Final Judgment to send a written notice, in the form attached hereto as an exhibit, stating that all defendants have terminated, cancelled and abandoned the Independent Appraisal Plan (1) to each appraiser sponsored under the Plan, (2) to each member company, and (3) to each Local Casualty Insurance Claims Managers', Council.

### IV

(A) Each defendant is enjoined from placing into effect any plan, program or practice which has the purpose or effect of

(1) sponsoring, endorsing or otherwise recommending any appraiser of damage to automotive vehicles;

(2) directing, advising or otherwise suggesting that any person or firm do business or refuse to do business with (a) any appraiser of damage to automotive vehicles with respect to the appraisal of such damage, or (b) any independent or dealer franchised automotive repair shop with respect to the repair of damage to automotive vehicles;



(3) exercising any control over the activities of any appraiser of damage to automotive vehicles;

(4) allocating or dividing customers, territories, markets or business among any appraisers of damage to automotive vehicles; or

- 2 -